UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOES D-1, *et al.*,

    Plaintiffs,

v.

DEMOCRATIC PEOPLE'S REPUBLIC OF
KOREA Ministry of Foreign Affairs
Jungsong-Dong, Central District, Pyongyang,
Democratic People's Republic of Korea,

    Defendant.

CASE NO. 1:23-CV-00273

## ORDER

This matter having come before the Court on Plaintiffs' Motion to Authorize the Clerk's Office to Provide Plaintiffs' Counsel with Electronic Copies of Sealed Documents Filed in this case, and for good cause shown,

IT IS HEREBY ORDERED that each time a Notice of Electronic Filing of a sealed document is issued in this case, the Clerk shall send at or about the same time to Plaintiffs' counsel of record and Special Master if appointed, at the e-mail addresses listed in the Notice, an electronic copy of the sealed document(s) identified in the Notice, and

IT IS FURTHER ORDERED that the Clerk, if so requested, shall provide electronic copies of sealed documents previously filed in this case to Plaintiffs' counsel who are included in the Court's most recent electronic service list.

DATE: September 18, 2023

TIMOTHY J. KELLY
United States District Judge