```
ORIGIN ID:BZSA                    SHIP DATE: 26SEP23
                                  ACTWGT: 0.50 LB
                                  CAD: 4235661/INET4640

                                  BILL SENDER

TO  HEAD OF MINISTRY OF FOREIGN AFFAIRS
    C/O PERM MISSION OF THE DEMOCRATIC
    PEOPLE'S REPUBLIC OF KOREA
    820 SECOND AVENUE, 13TH FLOOR
    NEW YORK NY 10017
    (212) 972-3105        REF: 48774-00002
    INV
    PO                              DEPT
```



```
                         WED - 27 SEP 10:30A
TRK#                     PRIORITY OVERNIGHT
0201  7735 3084 7001
                                        ASR
                                      10017
E3 OGSA              NY-US    EWR
```



23-cv-00273-TJK