## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN AND JANE DOES D-1, *et al.*,

Plaintiffs,

v.

DEMOCRATIC PEOPLE'S REPUBLIC OF
KOREA Ministry of Foreign Affairs
Jungsong-Dong, Central District, Pyongyang,
Democratic People's Republic of Korea,

Defendant.

CASE NO.  1:23-CV-00273

### DECLARATION OF MARK N. BRAVIN

I, Mark N. Bravin, declare as follows pursuant to 28 U.S.C § 1746(1):

1.      I am an attorney duly licensed to practice law before this Court.  I am a partner in the law firm of Mitchell Silberberg & Knupp LLP and an attorney of record for Plaintiffs in this case.  I make this declaration in support of Plaintiffs' motion requesting an order directing alternative service of process on Defendant North Korea.  I have personal knowledge of the following facts, unless otherwise indicated, and everything in this declaration is true to the best of my knowledge.

### Service By Mail Under FSIA § 1608(a)(3) Is Not Available

2.      As explained below, I have determined that effecting service on North Korea in this case by mail (including commercial courier service), in accordance with the service-of-process provisions in the Foreign Sovereign Immunities Act, § 1608(a)(3), is not available.

3.      This case is related to a terrorism lawsuit my law firm filed in February 2018 in this District on behalf of 61 crewmembers of the U.S.S. Pueblo who were captured, tortured, and

1

held hostage by North Korea for eleven months in 1968, and 110 of their immediate family members. *Doe v. Democratic People's Republic of Korea* ("DPRK"), No. 18-cv-00252 (DLF) ("*Pueblo I*"). In April 2018, we served the Head of North Korea's Ministry of Foreign Affairs in Pyongyang, by DHL, in accordance with FSIA § 1608(a)(3). *See* Return of Service (*Pueblo I*, ECF Nos. 19, 19-1). In October 2019, Judge Friedrich held North Korea liable in default for plaintiffs' claimed injuries. *Pueblo I*, 414 F. Supp. 3d 109 (D.D.C. 2019) (default judgment on liability). Subsequently, Judge Friedrich entered a final default judgment awarding compensatory and punitive damages to each of the 171 plaintiffs. *See Doe v. DPRK*, No. 18-CV-0252, 2021 WL 723257 (D.D.C. Feb. 24, 2021) (judgment on damages).

4.      In the fall of 2021, my firm began preparing the instant case on behalf of Pueblo crewmembers and their immediate family members who did not participate in *Pueblo I*. While investigating the underlying facts concerning each potential plaintiff's claim, and even before preparing the first complaint, we learned that DHL shipments from the United States to North Korea were suspended because North Korea closed its borders as a COVID-19 prevention measure.[1]

5.      On May 16, 2023, I received an e-mail from a DHL supervisor, confirming that the service suspension remained in effect, stating that "North Korea cannot receive any services from DHL from the United States at this time and I do not have any alternative options to offer . . . ." Attached as **Exhibit A** is a true and correct copy of my email exchanges with the DHL Supervisor.

---

[1] *See* DHL, Service Bulletin Coronavirus, available at https://www.dhl.de/en/geschaeftskunden /express/coronavirus.html#:~:text=Due%20to%20COVID%2D19%20prevention,been%20suspe nded%20until%20further%20notice (last visited Oct. 20, 2023) (Region Asia/Pacific section).

6. Beginning in 2011, DHL was the only commercial courier shipping from the United States to North Korea.[2] We contacted numerous other commercial courier services in the United States and abroad and found that none of them offers shipping services to North Korea.

7. We also confirmed that deliveries to North Korea through the U.S. Postal Service (USPS) with proof of delivery is not possible. Although USPS offers mail service to North Korea via First Class Mail International, that service does not provide a signed return receipt or other proof of delivery, as required by FSIA § 1608(a)(3).[3] Furthermore, while the USPS will provide a Certificate of Mailing at the time an item is mailed to North Korea, that service does not provide proof of delivery.[4]

8. Accordingly, I believe that service by mail under FSIA § 1608(a)(3) is not possible in this case.

**Service Through Diplomatic Channels Under FSIA § 1608(a)(4) Is Not Available**

9. Since mail service is not an option for serving North Korea, we turned to the possibility of serving North Korea through diplomatic channels, in accordance with FSIA § 1608(a)(4). On May 30, 2023 and June 22, 2023, we met with Jared N. Hess, an Attorney Adviser in the U.S. State Department's Office of the Legal Adviser, to discuss whether the State

---

[2] *See* J. Rheude, *It's possible —but not easy — to ship a package to North Korea* (Sep 5, 2017), available at https://www.businessinsider.com/north-korea-shipping-package-possible-but-not-easy-2017-9 (last visited Dec. 8, 2023).

[3] *See* USPS, Country Conditions for Mailing—Korea, Democratic People's Republic of (North Korea), available at https://pe.usps.com/text/imm/il_015.htm (last visited Dec. 8, 2023) (noting "Return Receipt" is "NOT Available.").

[4] *See* USPS, Extra Services, Certificate of Mailing, 311.1 Description, available at https://pe.usps.com/text /Imm/immc3_001.htm#ep368733 (last visited Dec. 8, 2023) (noting that USPS offers a Certificate of Mailing service, as proof of mailing, but that "service does not provide a record of delivery").

Department could serve North Korea through diplomatic channels despite the fact that the United States does not have diplomatic relations with North Korea.

10.    Mr. Hess told us that the U.S. Government does not have any diplomatic means for transmitting judicial documents to North Korea pursuant to FSIA § 1608(a)(4). He explained that Sweden has a diplomatic mandate from the United States to represent U.S. interests in North Korea, but that mandate excludes judicial assistance to U.S. courts in the delivery of judicial documents to North Korea through diplomatic channels. We discussed with Mr. Hess the possibility of opening a new diplomatic channel to North Korea to facilitate service of process. He confirmed that the U.S. State Department continues to explore options, but told us "these things take time." On October 19, 2023, Mr. Hess confirmed that there have been no new concrete developments enabling the U.S. State Department to assist with service through diplomatic means.

11.    Based on our discussions with the U.S. State Department, I believe that service on North Korea through diplomatic channels under FSIA § 1608(a)(4) is not possible.

### Service By Alternate Means Authorized In *Crespo v. North Korea* And *Bae v. North Korea*

12.    In another pending terrorism case against North Korea, filed in May 2022, plaintiffs' counsel concluded that the obstacles to serving North Korea in accordance with FSIA § 1608(a)(3) and (a)(4) are insurmountable. *Estate of Carmen E. Crespo v. Democratic People's Republic of Korea*, No. 22-cv-01514-CKK (D.D.C.) ("Crespo"). In support of a motion for an order authorizing service by alternate means, the Crespo plaintiffs made a showing (similar to what I have described above) that neither mail/courier service nor service through diplomatic channels is available. They requested authorization to serve North Korea by mail

sent to North Korea's U.N. Mission in New York,[5] and by publication to an account maintained

by North Korea on "X" (formerly known as Twitter).  On August 30, 2023, Judge Kollar-Kotelly

granted their motion in part and ordered the Crespo plaintiffs to effect service by mailing their

service package addressed to North Korea's Minister of Foreign Affairs in care of North Korea's

U.N. Mission in New York City (the "Permanent Representative of the Democratic People's

Republic of Korea to the United Nations").  *Id.* (First Alternative Service Order, 08/30/2023).[6]

13.     On September 7, 2023, the Crespo plaintiffs attempted to serve North Korea, as

directed by the Court, through the Clerk's office, by Federal Express, addressed to North Korea's

Minister of Foreign Affairs in care of North Korea's U.N. Mission in New York City in

accordance with Judge Kollar-Kotelly's order.  [ECF 18, 19].  However, the Mission refused to

accept the FedEx delivery. [ECF 20].  Thus, North Korea's U.N. mission defeated the Crespo

plaintiffs' attempt to serve by the alternate means authorized by the Court.

14.     On September 22, 2023, the Crespo plaintiffs filed a second Motion for

Alternative Service of Process [ECF 20], seeking leave to serve North Korea by publication.

Judge Kollar-Kotelly granted that motion on September 26, finding service by publication

permissible under the extraordinary circumstances in which all other methods of service are

unavailable or have failed and in light of the lack of diplomatic relations between the United

---

[5] The State Department's website confirms, "The DPRK has no embassy in Washington, D.C., but it is represented in the United States through its mission to the United Nations in New York." *See https://www.state.gov/u-s-relations-with-north-korea/.*

[6] *See Crespo*, MINUTE ORDER entered 08/30/2023, granting in part and denying in part without prejudice, Plaintiffs' Motion for an Order Directing Alternative Service of Process. ("Plaintiffs shall effect service via mailing upon the Permanent Representative of the Democratic People's Republic of Korea to the United Nations on or before September 29, 2023.  If that method of service fails, Plaintiffs may renew their request for service of process via X (formerly known as Twitter)").

States and North Korea.[7]  In accordance with that order, the *Crespo* plaintiffs served North

Korea by publication on October 6, 2023, by posting a message in English and Korean to an

account on X (formerly known as Twitter) maintained by one of North Korea's state-controlled

media outlets.  That message directed the North Korean government to the website of the Crespo

plaintiffs' counsel, which posted the service documents for the case. *See Crespo*, Affidavit of

Service by Publication with exhibits [ECF 21 at ¶ 5, and ECF 21-1 and 21-4].

15.     On October 12, Judge Kollar-Kotelly held the *Crespo* plaintiffs had effected valid

service on North Korea, and ordered North Korea to answer or otherwise respond to Plaintiffs'

complaint on or before December 5, 2023.[8]

16.     On December 4, 2023, Judge Sullivan in another terrorism case, *Bae v.*

*Democratic People's Republic of Korea,* Case No. 1:20-CV-02260 (D.D.C.) (EGS) ("*Bae*"),

---

[7] *Crespo*, MINUTE ORDER of 9/26/2023: "The Court is in receipt of Plaintiffs' [20] Renewed Motion for an order Directing Alternative Service of Process. Therein, Plaintiffs describe the substantial challenges in serving Defendant Democratic People's Republic of Korea. Because all other methods of service have failed, and in light of the United States of America's lack of diplomatic relations with the Democratic People's Republic of Korea, Plaintiffs request leave to serve Defendant by publication. Under these circumstances, service by publication is undoubtedly permissible. *See Aboulgal v. Hifter*, Civ. A. No. 20-0298 (CKK), 2020 WL 12762570, at *1 (D.D.C. Apr. 28, 2020); *Mwani v. bin Laden*, 417 F.3d 1, 8 (D.C. Cir. 2005). Therefore, pursuant to Fed. R. Civ. P. 4(f)(3), and upon good cause shown, Plaintiffs' [20] Renewed Motion for an order Directing Alternative Service of Process is GRANTED. Plaintiffs' shall effect their proposed service by publication on or before October 13, 2023. Signed by Judge Colleen Kollar-Kotelly on September 26, 2023. (Entered: 09/26/2023)."

[8] *Crespo*, MINUTE ORDER of 10/12/2023:  "Upon review of Plaintiffs' Affidavit of Service by Publication, the Court finds effective service upon Defendant Democratic People's Republic of Korea.  Pursuant to 28 U.S.C. 1608(d), Defendant shall answer or otherwise respond to Plaintiffs' complaint on or before December 5, 2023.  Signed by Judge Colleen Kollar-Kotelly on October 12, 2023.  (Entered: 10/12/2023)."

directed plaintiffs to attempt service of process by January 4, 2024 using both of the two alternative methods authorized by Judge Kollar-Kotelly in *Crespo*.[9]

### Alternate Means Service On North Korea By The *Pueblo II* Plaintiffs

17.    Plaintiffs are asking this Court to direct them to serve defendant as the court did in *Crespo* and *Bae*. Assuming that North Korea does not respond to their Complaint within 60 days, Plaintiffs will submit an Affidavit requesting the Clerk to enter a default. That should enable Plaintiffs to move forward with their case on the merits.

18.    Plaintiffs already have tried service by FedEx on North Korea's U.N. Mission, but as in *Crespo* the Mission refused to accept delivery of the service documents. We prepared for dispatch via Federal Express by the Clerk's office the *Pueblo II* plaintiffs' service package (the complaint, summons, notice of suit, and other documents specified in FSIA § 1608(a)(3)), using the same U.N. Mission address that Judge Kollar-Kotelly authorized in *Crespo*, and filed it on September 26, 2023. *See* Affidavit, Letter to the Clerk, and Notice of Filing [ECF Nos. 19, 19-1,

---

[9] *Bae*, MINUTE ORDER. ... "Although Plaintiffs contend that they "can take no further action to comply with the statute[,]" Status Report, ECF No. 29 at 5; the Court disagrees. In *Crespo v. Democratic People's Republic of Korea*, Case No. 22-cv-1514 (CKK), the plaintiffs have taken steps to effectuate alternative service of process on the Defendant. See Mot. for Order Directing Alternative Service of Process, *Crespo v. Democratic People's Republic of Korea*, No. 22-1514, ECF No. 16. These alternative service of process methods have included: (1) service via mailing upon the Permanent Representative of the Democratic People's Republic of Korea to the United Nations in New York, see Min. Order (Aug. 30, 2023), Crespo v. Democratic People's Republic of Korea, No. 22-1514; and (2) service by publication upon the Defendant via X (formerly known as Twitter), see Aff. of Service by Publication, Crespo v. Democratic People's Republic of Korea, No. 22-1514, ECF No. 21. Plaintiffs are therefore directed to attempt service of process pursuant to these alternative methods on or before January 4, 2024. If those alternative methods of service fail, Plaintiffs are directed to file another status report by no later than January 19, 2024, including proposed recommendations for further proceedings." Signed by Judge Emmet G. Sullivan on 12/4/2023. (lcegs3) (Entered: 12/04/2023).

20]. However, as happened in *Crespo*, North Korea's U.N. Mission refused to accept the FedEx delivery. The FedEx tracking record states "Shipment Refused by recipient" and shows that the service package was shipped back to my law firm's Washington, D.C. office on September 29 under a separate air bill. ("Returning package to shipper[,] Return tracking number 639404357375").[10] The FedEx package was returned to our office on October 3,[11] and we are still holding it.

19.    To effect valid service on North Korea, Plaintiffs are seeking permission from this Court to use the same method of alternate means service approved by Judge Kollar-Kotelly in *Crespo*, *i.e.*, by posting a message to the X account, Uriminzokkiri (@uriminzok), maintained by North Korea 's state-run media agency, Korean Central News Agency ("KCNA"). Attached hereto as **Exhibit D** is a screenshot of KCNA's X page, taken on October 30, 2023.

20.    In addition to posting a message to the X account, uriminzokkiri (@uriminzok), Plaintiffs also seek permission from this Court to serve North Korea via the same method of service approved by the *Crespo* court by posting a message to two additional affiliated X accounts: [i] @KCNA_KoreanNews and [ii] @uriminzok_engl, belonging to the same North Korean state-run media agency. Attached hereto as **Exhibit E** is a screenshot of @KCNA_KoreanNews X page, taken on October 19, 2023, and as **Exhibit F** a screen shot of

---

[10] **Exhibit B** is a true copy of the travel history for FedEx Tracking Record ID 773530847001, for the refused delivery to the U.N. Mission, available at https://www.fedex. com/fedextrack/?trknbr=773530847001&trkqual=2460213000~773530847001~FX (last visited Oct. 18, 2023).

[11] **Exhibit C** is a true copy of the travel history for FedEx Tracking Record ID 639404357375, for the returned delivery to our law firm's office, available at https://www.fedex.com/ fedextrack/?trknbr=639404357375&trkqual=2460217000~639404357375~FX (last visited Oct. 18, 2023).

@uriminzok_engl, taken on December 1, 2023, both noting the account's affiliation with North Korean's state-controlled agency. Plaintiffs have identified these two additional affiliate X accounts through their on-line research.

21.     Plaintiffs will serve North Korea by publication, posting messages to the X accounts in both English and Korean. A copy of the proposed language in English for the transmittal email is attached hereto as **Exhibit G**. The message will direct the Head of North Korea's Ministry of Foreign Affairs to a separate website, www.justiceforpueblo.com that contains links to the summons, complaint, notice of suit, offer to arbitrate, and copies of the relevant sections of the FSIA in both English and Korean.

22.     In addition, Plaintiffs are seeking permission to serve North Korea via email. Attached hereto as **Exhibit H** is a true and correct copy of a screenshot taken on December 1, 2023, of North Korea's Ministry of Foreign Affairs' website, listing two email addresses: (i) kassg@co.chesin.com and (ii) kjia@star-co.net.kp. Plaintiffs will send an email to these email addresses, addressed to the "Head of the Ministry of Foreign Affairs." That email will provide the links for downloading copies of the summons, complaint, offer to arbitrate, notice of suit, and the relevant sections of the FSIA, together with a translation of each into Korean.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2023, at Washington, District of Columbia

By: _____
           Mark N. Bravin

Exhibit A

| | |
|---|---|
| **From:** | Shawn Rudder (DHL US) |
| **To:** | Bravin, Mark |
| **Cc:** | Unisha Maskey (DHL US); Matthew Vollink (DHL US); Gasanbekova, Albina; Bey, Tiana |
| **Subject:** | [EXTERNAL] RE: Shipment to North Korea |
| **Date:** | Tuesday, May 16, 2023 12:19:07 AM |
| **Attachments:** | image002.gif |
| | image003.png |
| | image005.png |
| | image006.jpg |
| | image007.gif |
| | image010.jpg |
| | image011.jpg |
| | image012.jpg |

Hi Mark,

> I understand your position and I have follow up with our teams and have been
> informed that unfortunately, North Korea cannot receive any services from
> DHLE from the United States at this time. (including diplomatic)

I do not have any alternative options to offer but do hope you find a solution to
the matter.


Thank you,

*Shawn Rudder*

Area Sales Manager – Northeast

**DHL Express**
**International Shipping**
1910 W Rio Salado Pkwy
Tempe, AZ 85281 USA
www.dhl-usa.com/en/express.html
**Phone**: 602 413-4188


Need Support?
Click and connect with your team of International Specialist:

Shawn.Rudder@dhl.com



**_Customer Resource Center_**

DHL Customer Service/Track/Trace/Supplies/Claims Support: **800-225-5345 (800 CALL DHL)**

Billing Support: **800-722-0081** or billing.help@dhl.com

DHL Technical Support: **800-527-7298**

DHL International Dangerous Goods Hotline: **866-817-3794** or dangerousgoods@dhl.com

REF#:

*GOGREEN* – **Climate Protection with DHL**

Please consider your **environmental responsibility** before printing this E-Mail.

**From:** Bravin, Mark <mnb@msk.com>
**Sent:** Sunday, May 14, 2023 8:30 PM
**To:** Shawn Rudder (DHL US) <shawn.rudder@dhl.com>
**Cc:** Unisha Maskey (DHL US) <unisha.maskey@dhl.com>; Matthew Vollink (DHL US)
<matthew.vollink@dhl.com>; Gasanbekova, Albina <a1g@msk.com>; Bey, Tiana <tab@msk.com>
**Subject:** Shipment to North Korea

Hi Shawn, thanks for your e-mail message.   I'm asking that you and Unisha work with us to find a solution to our shipping need to get our package to a government office in Pyongyang.  Here are a few follow-up issues.

First, before DHL Express reassigned responsibilities, Imani explained that her supervisor or manager told her that U.S. sanctions on North Korea prevented DHL from shipment to Pyongyang.  We sent her the applicable OFAC licensing information to show that our planned shipment of documents is exempt from U.S. sanctions, and DHL is authorized by the U.S. Government to ship exempt items to North Korea. But we never heard back from her.  If U.S. sanctions nevertheless are still an issue for DHL to accept our shipment, with whom can we speak to understand the concern?

Second, you explained that DHL has temporarily stopped accepting commercial shipments to North Korea because the DPRK government temporarily closed its borders as a COVID-19 prevention measure.  However, you confirmed that DHL

Express continues accepting diplomatic shipments for movement from the U.S. to North Korea.  Can you help us arrange for DHL to deliver our non-diplomatic package using the same transportation routing?  We are prepared to pay an extra fee if necessary.

Third, as recently as last week, there are media reports that truck routes from China to North Korea may be reopening in June.  South China Morning Post, May 10, 2023; Slated to reopen mid-June; Trucking corridor reopening.  What can we do to arrange for DHL Express to notify us as soon as the company finds a transportation routing from the United States to Pyongyang that will work for our  shipment, using DHL's tracking service and proof of delivery?

Finally, with help from you and Unisha, can we find out which DHL Express offices in other countries are delivering non-diplomatic shipments to North Korea?

As a long-standing customer of DHL, we thank you for your consideration of the above and look forward to receiving your reply.


Best regards, Mark



**Mark N. Bravin | Partner, through his professional corporation**
T: 202.355.7909 | mnb@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
1818 N Street NW, 7th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.


**From:** Shawn Rudder (DHL US) <shawn.rudder@dhl.com>
**Sent:** Tuesday, May 2, 2023 10:24 AM
**To:** Bravin, Mark <mnb@msk.com>
**Cc:** Unisha Maskey (DHL US) <unisha.maskey@dhl.com>; Matthew Vollink (DHL US) <matthew.vollink@dhl.com>; Gasanbekova, Albina <a1g@msk.com>
**Subject:** [EXTERNAL] RE: Request for Teams Meeting

-EXTERNAL MESSAGE-

Hi Mr. Bravin,

Thanks for your email and my apologies for the delay on this. I have confirm that DHL Express is only accepting Diplomatic Shipments for movement to North Korea.

Due to COVID-19 prevention measures, the government of DPRK (North Korea) has closed its border for a period. So far there is not any option available for international express transportation to and from DPR of Korea. While still maintaining business presence in DPRK, DHL will temporarily stop accepting all shipments destined to North Korea until a practical transportation routing is found.

Thank you,

*Shawn Rudder*

Area Sales Manager – Northeast



*DHL Express*
*International Shipping*
1910 W Rio Salado Pkwy
Tempe, AZ 85281 USA
www.dhl-usa.com/en/express.html
**Phone**: 602 413-4188

Need Support?
Click and connect with your team of International Specialist:



Shawn.Rudder@dhl.com

***Customer Resource Center***
DHL Customer Service/Track/Trace/Supplies/Claims Support: **800-225-5345 (800 CALL DHL)**
Billing Support: **800-722-0081** or billing.help@dhl.com
DHL Technical Support: **800-527-7298**
DHL International Dangerous Goods Hotline: **866-817-3794** or dangerousgoods@dhl.com
REF#:

*GOGREEN* – **Climate Protection with DHL**

Please consider your environmental responsibility before printing this E-Mail.

**From:** Bravin, Mark
**Sent:** Friday, April 7, 2023 8:04 PM
**To:** 'DHL (imani.harris@dhl.com)' <imani.harris@dhl.com>; Gasanbekova, Albina <a1g@msk.com>
**Cc:** Bey, Tiana <tab@msk.com>
**Subject:** Delivery of packet of judicial documents to addressee in North Korea is permitted under US Sanctions regulations

Further support for the application of the Berman Amendment exempting the shipment of the documents we need to send to North Korea:

**OFAC General Licenses**

OFAC issues general licenses in order to authorize activities that would otherwise be prohibited with regard to North Korea. General licenses allow all US persons to engage in the activity described in the general license without needing to apply for a specific license. All valid North Korea general licenses are now included in the recently issued North Korea regulations (specifically 31 CFR Part 510).

**31 CFR § 510.213 Exempt transactions (North Korea)**

(c) Information or informational materials.

(1) The prohibitions contained in this part do not apply to the importation from any country and the exportation to any country of any information or informational materials, as defined in § 510.312, whether commercial or otherwise, regardless of format or

medium of transmission

**31 CFR §510.516(b) – North Korea common carrier General License**

> (b) All transactions of common carriers incident to the receipt or transmission of mail and packages between the United States and North Korea are authorized <u>provided that the importation or exportation of such mail and packages is *exempt*</u> from or authorized pursuant to this part.

**31 CFR § 1010.100(k) - General definitions.  (k) *Common carrier.***

> Any <u>person</u> engaged in the business of transporting individuals or goods for a fee who holds himself out as ready to engage in such transportation for hire and who undertakes to do so indiscriminately for all <u>persons</u> who are prepared to pay the fee for the particular service offered.

**Wall Street Journal 1/29/2023  TikTok Ban Faces Obscure Hurdle: The Berman Amendments Decades-old measures protect free flow of content internationally, even with hostile nations**

> https://www.wsj.com/articles/tiktok-ban-faces-obscure-hurdle-the-berman-amendments-11674964611

Mark

**From:** Bravin, Mark
**Sent:** Friday, April 7, 2023 4:24 PM
**To:** DHL (imani.harris@dhl.com) <imani.harris@dhl.com>; Gasanbekova, Albina <a1g@msk.com>
**Subject:** FW: Delivery of packet of documents to addressee in North Korea

Hi Imani: as we discussed there is a sanctions exemption for information and informational materials going to all sanctioned countries.  While there are some exceptions (e.g., for classified technology), they would not apply to court documents.   For that reason, I think DHL can be comfortable concluding that there is no potential OFAC violation involved.

In 1988, Congress enacted the Berman Amendment, which established that "no embargo may prohibit or restrict directly or indirectly the import or export of information that is protected under the First Amendment."  Congress reinforced that prohibition in 1994 by enacting the Free Trade in Ideas Act (FTIA).  1994 Foreign Relations Authorization Act § 525.  The latter denies the Executive Branch the authority to regulate the export or import of informational materials "whether commercial or otherwise, regardless of format or medium."  Judicial documents under those

protections.

OFAC has adopted regulations implementing this exemption.

§ 560.210 Exempt transactions.

**(c) *Information or informational materials.***

**(1)** The prohibitions contained in this part do not apply to the importation from any country and the exportation to any country of information or informational materials, as defined in § 560.315. whether commercial or otherwise, regardless of format or medium of transmission.

**(2)** This section does not exempt from regulation or authorize transactions related to information or informational materials not fully created and in existence at the date of the transactions, or to the substantive or artistic alteration or enhancement of informational materials, or to the provision of marketing and business consulting services. Such prohibited transactions include, but are not limited to, payment of advances for information or informational materials not yet created and completed (with the exception of prepaid subscriptions for widely circulated magazines and other periodical publications); provision of services to market, produce or co-produce, create, or assist in the creation of information or informational materials; and payment of royalties with respect to income received for enhancements or alterations made by U.S. persons to such information or informational materials.

**(3)** This section does not exempt or authorize transactions incident to the exportation of software subject to the Export Administration Regulations, 15 CFR parts 730 through 774, or to the exportation of goods (including software) or technology for use in the transmission of any data, or to the provision, sale, or leasing of capacity on telecommunications transmission facilities (such as satellite or terrestrial network connectivity) for use in the transmission of any data. The exportation of such items or services and the provision, sale, or leasing of such capacity or facilities to Iran, the Government of Iran, an Iranian financial institution, or any other person whose property and interests in property are blocked pursuant to § 560.211 are prohibited.

**Note to paragraph (C)(3) of § 560.210:**

https://www.law.cornell.edu/cfr/text/31/560.315

Let me know if you need more detail or have follow-up questions.

Mark



**Mark N. Bravin | Partner, through his professional corporation**
T: 202.355.7909 | mnb@msk.com

**Mitchell Silberberg & Knupp LLP | www.msk.com**
1818 N Street NW, 7th Floor, Washington, DC 20036

**From:** Shawn Rudder (DHL US) <shawn.rudder@dhl.com>
**Sent:** Tuesday, April 25, 2023 4:33 PM
**To:** Gasanbekova, Albina <a1g@msk.com>; Matthew Vollink (DHL US) <matthew.vollink@dhl.com>
**Cc:** Bravin, Mark <mnb@msk.com>; Unisha Maskey (DHL US) <unisha.maskey@dhl.com>
**Subject:** [EXTERNAL] RE: DHL - Need Your Assistance

-EXTERNAL MESSAGE-
Hi Albina,

Sorry for the delayed response.

Due to some recent changes on our end, your account has changed channels and you now have a new account manager.

I have added Matthew and his Manager to assist going forward.

Thank you,

*Shawn Rudder*
Area Sales Manager – Northeast



*DHL Express*
*International Shipping*
1910 W Rio Salado Pkwy
Tempe, AZ 85281 USA
www.dhl-usa.com/en/express.html
**Phone**: 602 413-4188

Need Support?
Click and connect with your team of International Specialist:

Shawn.Rudder@dhl.com



**_Customer Resource Center_**

DHL Customer Service/Track/Trace/Supplies/Claims Support: **800-225-5345 (800 CALL DHL)**
Billing Support: **800-722-0081** or billing.help@dhl.com
DHL Technical Support: **800-527-7298**
DHL International Dangerous Goods Hotline: **866-817-3794** or dangerousgoods@dhl.com
REF#:

**_GOGREEN_ – Climate Protection with DHL**

Please consider your environmental responsibility before printing this E-Mail.

**From:** Gasanbekova, Albina <a1g@msk.com>
**Sent:** Tuesday, April 25, 2023 12:49 PM
**To:** Shawn Rudder (DHL US) <shawn.rudder@dhl.com>
**Cc:** Bravin, Mark <mnb@msk.com>
**Subject:** RE: DHL - Need Your Assistance

Hello Shawn – I hope all is well. We've been trying to contact our account manager, Imani Harris. We worried that she hasn't returned any of our recent calls/emails. We hope everything is okay! Would you happen to know if Imani is available to assist us with our shipping needs?

I look forward to hearing from you.

Best,
Albina



**Albina Gasanbekova | Attorney-at-Law**
T: 202.355.7920 | a1g@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
1818 N Street NW, 7th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Gasanbekova, Albina
**Sent:** Tuesday, April 18, 2023 5:06 PM
**To:** 'Shawn.Rudder@dhl.com' <Shawn.Rudder@dhl.com>
**Cc:** Bravin, Mark <mnb@msk.com>
**Subject:** DHL - Need Your Assistance

Hello Shawn - I hope you are well. Our firm has an open DHL shipping account, and I was given your contact information because we have been trying to reach our account manager at DHL, Imani Harris. We left several messages and sent emails last week and also yesterday, but we have not received a response. We have some time-sensitive shipping needs. Could you please advise how to get in touch with Imani and if there is another number we can contact her at?

Thanks very much for your assistance.



**Albina Gasanbekova | Attorney-at-Law**
T: 202.355.7920 | a1g@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
1818 N Street NW, 7th Floor, Washington, DC 20036

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

CONFIDENTIALITY NOTICE: This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing or copying of this E-Mail and its attachments is strictly prohibited.
CONFIDENTIALITY NOTICE: This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing or copying of this E-Mail and its attachments is strictly prohibited.
CONFIDENTIALITY NOTICE: This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing or copying of this E-Mail and its attachments is strictly prohibited.

Exhibit B



**FedEx** | Shipping ⌄ | Tracking ⌄ | Design & Print ⌄ | Locations ⌄ | Support ⌄ | Sign Up or Log In 👤 | 🔍

FedEx® Tracking

Track Another Shipment | Local Scan Time ⌄ | Help


🔹 SHOPRUNNER by **FedEx**
**SHOPPING FOR THE HOLIDAYS?**
SAVE WITH THE BEST DEALS OF THE SEASON.
**SHOP NOW**

**SCHEDULED DELIVERY DATE**

# Pending

*Initially expected: Wednesday, 9/27/23*

 DELAYED

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                    **SUBMIT**

**MORE OPTIONS**

**DELIVERY STATUS**

Delivery exception ❗

**ACTION REQUIRED**

Adult Signature Required ⍰

**TRACKING ID**
773530847001  ✏ ☆

**FROM**
WASHINGTON, DC US
Label Created
9/25/23 3:53 PM

**WE HAVE YOUR PACKAGE**
WASHINGTON, DC
9/26/23 6:48 PM

**DELIVERY EXCEPTION**
NEW YORK, NY
9/29/23 6:41 AM

**OUT FOR DELIVERY**
NEW YORK, NY
9/28/23 9:32 AM

**TO**
NEW YORK, NY US
*Scheduled Delivery Date*
Pending

*Initially Expected*
Wednesday, 9/27/23

↓ View travel history

## Alerts (3)  ⌃

 ⓘ  Sign up for Status Updates to get updated as we have more information.

⚠  Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

ⓘ  No scheduled delivery date available at this time.

## Manage Delivery  ⌄

# Shipment facts

 📦 Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 773530847001 |
| **SHIP DATE** ⍰ | 9/26/23 |
| **STANDARD TRANSIT** ⍰ | 9/27/23 before 10:30 AM |
| **SCHEDULED DELIVERY** | Pending |

 🚚 Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Shipper |

 💬 ASK FEDEX

 **FedEx** | Shipping ⌄ | Tracking ⌄ | Design & Print ⌄ | Locations ⌄ | Support ⌄ | Sign Up or Log In ⌁ | 🔍

## Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Adult Signature Required |
| **SIGNATURE SERVICES** ⓘ | Adult Signature Required |

## Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

↑ Back to top

## Travel history

| SORT BY DATE/TIME | TIME ZONE |
|---|---|
| Ascending ⌄ | Local Scan Time ⌄ |

| | | | |
|---|---|---|---|
| Monday, 9/25/23 | 3:53 PM | Shipment information sent to FedEx | |
| Tuesday, 9/26/23 | 6:48 PM | Picked up | WASHINGTON, DC |
| | 6:49 PM | Shipment arriving On-Time | WASHINGTON, DC |
| | 9:03 PM | Left FedEx origin facility | WASHINGTON, DC |
| Wednesday, 9/27/23 | 8:30 AM | At local FedEx facility | NEW YORK, NY |
| | 9:04 AM | On FedEx vehicle for delivery | NEW YORK, NY |
| | 11:26 AM | Delay<br>Adult recipient unavailable (age and required identification vary by country | NEW YORK, NY |
| | 6:55 PM | At local FedEx facility | NEW YORK, NY |
| Thursday, 9/28/23 | 8:09 AM | At local FedEx facility | NEW YORK, NY |
| | 9:32 AM | On FedEx vehicle for delivery | NEW YORK, NY |
| | 1:06 PM | Delay<br>Shipment Refused by recipient. | NEW YORK, NY |
| | 8:19 PM | At local FedEx facility | NEW YORK, NY |
| Friday, 9/29/23 | 6:40 AM | At local FedEx facility | NEW YORK, NY |
| | 6:41 AM | Returning package to shipper<br>Return tracking number 639404357375 | NEW YORK, NY |
| | 6:41 AM ⏱ | Delay<br>Package delayed | NEW YORK, NY |

↑ Back to top

## Watch list

You do not currently have any Watch list shipments.

💬 ASK FEDEX

**FedEx.**    Shipping ⌄    Tracking ⌄    Design & Print ⌄    Locations ⌄    Support ⌄        Sign Up or Log In    🔍

↑ Back to top

## Travel history

| | SORT BY DATE/TIME | | TIME ZONE | |
|---|---|---|---|---|
| | Ascending ⌄ | | Local Scan Time ⌄ | |

| | | | |
|---|---|---|---|
| Monday, 9/25/23 | 3:53 PM | Shipment information sent to FedEx | |
| Tuesday, 9/26/23 | 6:48 PM | Picked up | WASHINGTON, DC |
| | 6:49 PM | Shipment arriving On-Time | WASHINGTON, DC |
| | 9:03 PM | Left FedEx origin facility | WASHINGTON, DC |
| Wednesday, 9/27/23 | 8:30 AM | At local FedEx facility | NEW YORK, NY |
| | 9:04 AM | On FedEx vehicle for delivery | NEW YORK, NY |
| | 11:26 AM | Delay<br>Adult recipient unavailable (age and required identification vary by country | NEW YORK, NY |
| | 6:55 PM | At local FedEx facility | NEW YORK, NY |
| Thursday, 9/28/23 | 8:09 AM | At local FedEx facility | NEW YORK, NY |
| | 9:32 AM | On FedEx vehicle for delivery | NEW YORK, NY |
| | 1:06 PM | Delay<br>Shipment Refused by recipient. | NEW YORK, NY |
| | 8:19 PM | At local FedEx facility | NEW YORK, NY |
| Friday, 9/29/23 | 6:40 AM | At local FedEx facility | NEW YORK, NY |
| | 6:41 AM | Returning package to shipper<br>Return tracking number  639404357375 | NEW YORK, NY |
| | 6:41 AM ⏱ | Delay<br>Package delayed | NEW YORK, NY |

↑ Back to top

## Watch list

You do not currently have any Watch list shipments.

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**

🌐 United States

**FOLLOW FEDEX** ✉ f 🐦 📷 in ⛧ 📌



© FedEx 1995-2023    Site Map  |  Terms of Use  |  Privacy & Security

Document title: Detailed Tracking
Capture URL: https://www.fedex.com/fedextrack/?trknbr=773530847001&amp;trkqual=2460213000~773530847001~FX
Capture timestamp (UTC): Fri, 03 Nov 2023 20:46:00 GMT

Exhibit C

**FedEx**

Shipping ⌄   Tracking ⌄   Design & Print ⌄   Locations ⌄   Support ⌄        Sign Up or Log In 👤   🔍

FedEx® Tracking                                    Track Another Shipment   Local Scan Time ⌄   Help


🛒 SHOPRUNNER by FedEx
**SHOPPING FOR THE HOLIDAYS?**
SAVE WITH THE BEST DEALS OF THE SEASON.     SHOP NOW

**DELIVERED**                    **DELIVERY STATUS**              **TRACKING ID**

# Tuesday                        Delivered ✓                     639404357375  ✏️ ☆

10/3/23 at 10:09 AM                                              ● **FROM**
                                                                    MANHATTAN, NY US
Signed for by: R.LOWERY
                                                                    *Label Created*
⬇ Obtain proof of delivery                                          9/29/23 5:20 AM

**How was your delivery?**                                       ● **WE HAVE YOUR PACKAGE**
                                                                    NEW YORK, NY
☆  ☆  ☆  ☆  ☆                                                       9/29/23 6:41 AM

Want updates on this shipment? Enter your email and we will do the rest!
                                                                 ● **ON THE WAY**
**YOUR EMAIL**              **SUBMIT**                               WASHINGTON, DC
                                                                    10/3/23 7:31 AM
**MORE OPTIONS**
                                                                 ● **OUT FOR DELIVERY**
                                                                    WASHINGTON, DC
Manage Delivery                              ⌄                      10/3/23 7:37 AM

                                                                 ✓ **DELIVERED**
                                                                    WASHINGTON, DC US

                                                                    *Delivered*
                                                                    10/3/23 at 10:09 AM

                                                                 ⬇ View travel history

## Shipment facts

📦  Shipment overview

**TRACKING NUMBER**            639404357375
**DELIVERED TO**               Receptionist/Front Desk
**SHIP DATE** ⓘ                9/29/23
**STANDARD TRANSIT** ⓘ         10/4/23 before 5:00 PM
**ACTUAL DELIVERY**            10/3/23 at 10:09 AM

🚚  Services

**SERVICE**                    FedEx Express Saver
**TERMS**                      Recipient
**SPECIAL HANDLING SECTION**   Deliver Weekday

  Package details                                      💬 ASK FEDEX

**WEIGHT**                     1 lbs / 0.45 kgs

**FedEx** | Shipping ⌄  Tracking ⌄  Design & Print ⌄  Locations ⌄  Support ⌄      Sign Up or Log In  👤  🔍

SPECIAL HANDLING SECTION      Deliver Weekday

 Package details

| | |
|---|---|
| **WEIGHT** | 1 lbs / 0.45 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1 lbs / 0.45 kgs |
| **PACKAGING** | Your Packaging |

↑ Back to top

## Travel history

SORT BY DATE/TIME
Ascending  ⌄

TIME ZONE
Local Scan Time  ⌄

| | | | |
|---|---|---|---|
| **Friday, 9/29/23** | 5:20 AM | Shipment information sent to FedEx | |
| | 6:41 AM | Picked up | NEW YORK, NY |
| | 6:42 AM | Shipment arriving early | NEW YORK, NY |
| | 11:02 AM | On the way | NEWARK, NJ |
| | 11:46 AM | Departed FedEx hub | NEWARK, NJ |
| | 10:24 PM | Departed FedEx hub | NEWARK, NJ |
| | 11:27 PM | Arrived at FedEx hub | NEWARK, NJ |
| **Saturday, 9/30/23** | 10:40 PM | Departed FedEx hub | NEWARK, NJ |
| **Monday, 10/2/23** | 6:16 PM | Departed FedEx hub | NEWARK, NJ |
| | 6:17 PM | Shipment arriving early | NEWARK, NJ |
| | 10:41 PM | At destination sort facility | DULLES, VA |
| **Tuesday, 10/3/23** | 7:31 AM | At local FedEx facility | WASHINGTON, DC |
| | 7:37 AM | On FedEx vehicle for delivery | WASHINGTON, DC |
| | 10:09 AM | Delivered | WASHINGTON, DC |

↑ Back to top

## Watch list

You do not currently have any Watch list shipments.

| OUR COMPANY | MORE FROM FEDEX | LANGUAGE |
|---|---|---|
| About FedEx | FedEx Blog | FedEx Compatible | 🌐 United States |
| Our Portfolio | Corporate Responsibility | FedEx Developer Portal | |
| Investor Relations | Newsroom | FedEx Logistics | |
| Careers | Contact Us | ShopRunner | |

FOLLOW FEDEX   ✉ f 🐦 📷 in 🐾 p

💬 ASK FEDEX



FedEx

Shipping ˅    Tracking ˅    Design & Print ˅    Locations ˅    Support ˅         Sign Up or Log In

## Package details

| | |
|---|---|
| **WEIGHT** | 1 lbs / 0.45 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1 lbs / 0.45 kgs |
| **PACKAGING** | Your Packaging |

↑ Back to top

## Travel history

SORT BY DATE/TIME
Ascending

TIME ZONE
Local Scan Time

| Friday, 9/29/23 | 5:20 AM | Shipment information sent to FedEx | |
| | 6:41 AM | Picked up | NEW YORK, NY |
| | 6:42 AM | Shipment arriving early | NEW YORK, NY |
| | 11:02 AM | On the way | NEWARK, NJ |
| | 11:46 AM | Departed FedEx hub | NEWARK, NJ |
| | 10:24 PM | Departed FedEx hub | NEWARK, NJ |
| | 11:27 PM | Arrived at FedEx hub | NEWARK, NJ |
| Saturday, 9/30/23 | 10:40 PM | Departed FedEx hub | NEWARK, NJ |
| Monday, 10/2/23 | 6:16 PM | Departed FedEx hub | NEWARK, NJ |
| | 6:17 PM | Shipment arriving early | NEWARK, NJ |
| | 10:41 PM | At destination sort facility | DULLES, VA |
| Tuesday, 10/3/23 | 7:31 AM | At local FedEx facility | WASHINGTON, DC |
| | 7:37 AM | On FedEx vehicle for delivery | WASHINGTON, DC |
| | 10:09 AM | Delivered | WASHINGTON, DC |

↑ Back to top

## Watch list

You do not currently have any Watch list shipments.

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**

United States

**FOLLOW FEDEX**   ✉ f 🐦 @ in 👥 P

© FedEx 1995-2023

Site Map  |  Terms of Use  |  Privacy & Security

Document title: Detailed Tracking
Capture URL: https://www.fedex.com/fedextrack/?trknbr=639404357375&amp;trkqual=2460217000~639404357375~FX
Capture timestamp (UTC): Fri, 03 Nov 2023 20:48:48 GMT

Exhibit D



Exhibit E



# Exhibit F



North Korea English
27.1K posts

**North Korea English**
@uriminzok_engl

An English translation of @uriminzok - the official North Korea Twitter feed

🔗 uriminzokkiri.com  📅 Joined February 2013

**457** Following    **49.3K** Followers

Not followed by anyone you're following

Posts | Replies | Media | Likes

**North Korea English** @uriminzok_engl · Jul 9, 2017
South Korea's public transportation demands strong demand for job creation uriminzokkiri.com/index.php?ptyp...
💬 521  🔁 89  ♡ 170

**North Korea English** @uriminzok_engl · Jul 9, 2017
International human rights group demanding release of "security law" page and resignation in South Korea uriminzokkiri.com/index.php?ptyp...
💬 101  🔁 44  ♡ 100

**North Korea English** @uriminzok_engl · Jul 9, 2017
Civil society organizations in South Korea strongly demand the settlement of back violence uriminzokkiri.com/index.php?ptyp...
💬 42  🔁 34  ♡ 55

**North Korea English** @uriminzok_engl · Jul 9, 2017
"Precision blow" practice, foolish and foolish uriminzokkiri.com/index.php?ptyp...
💬 34  🔁 22  ♡ 49

**North Korea English** @uriminzok_engl · Jul 9, 2017
Only when the pillars of the national race are built right uriminzokkiri.com/index.php?ptyp...
💬 21  🔁 20  ♡ 34

### Who to follow

**Regina Daniels.** @reginadaniels__    Follow
Follow @fitfamplanet if you love me. #ChelseaFC #LagosBabe

**Christianity Today** ✅ @CTmagazine    Follow
Christianity Today is the source for those eager to engage the world for Christ and curious about the people, events, and trends shaping the church and culture.

### You might like

**Reagan Shole** ✅ @reagan_shole1    Follow

**The Daily NK** @The_Daily_NK    Follow

**NorthKoreaRealTim** @BuckTurgidson79    Follow

Show more

### What's happening

Awards · Yesterday
**Esports Awards 2023**

Business and finance · Trending
**Walmart**
50.1K posts

Only on X · Trending
**Bhad Bhable**
3,764 posts

Trending in United States
**Blitz Boy**

Trending in United States
**Because X**
21.5K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2023 X Corp.

**Wuk Kim** @whk_rs

Exhibit G

# LEGAL NOTICE

To named Defendant listed below:

**DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**

Mark N. Bravin
Mitchell Silberberg & Knupp LLP
1818 N Street, NW, 7th Floor
Washington, DC 20036-2406

**IN THE UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, CIVIL DIVISION, JOHN AND JANE DOES, ET AL. V. DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, CASE NO. 1:23-CV-00273.**

**NOTICE OF FILING COMPLAINT.**

Judge Timothy J. Kelly issued an order for service by X (formerly known as Twitter) on _____ ___, 2023. The Complaint dated September 11, 2023, is posted on the Internet at www.justiceforpueblo.com. Notice is hereby served on Defendant listed above. Defendant is hereby summoned and required to serve upon the Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, D.C. 20001 and Mark N. Bravin, Mitchell Silberberg & Knupp LLP, 1818 N Street, NW, 7th Floor, Washington, D.C. 20036 an Answer to Complaint, within sixty (60) days after service of the summons, exclusive of the day of service. If Defendant fails to do so, judgment by default may be taken against Defendant for relief demanded in the Complaint. The Complaint was filed for hostage taking and torture, assault and battery, intentional infliction of emotional distress, imprisonment, and solatium.

Exhibit H





Language :  EN ▾



≡                                                      🔍

# Structure of the Ministry of Foreign Affairs of the DPRK

## Regional and Country Departments

Regional and country departments are responsible for the development of bilateral relations with countries of the regions in their portfolio and for other affairs with those countries and regional organizations.

They also oversee the work of missions resident in those countries and settle issues in bilateral relations raised by foreign missions resident in the DPRK through the Protocol Department.

### Asian Affairs Department 1

Countries: China, Mongolia and Japan

### Asian Affairs Department 2

Countries in Asia and the Pacific Region including: Vietnam, Myanmar, Thailand, the Philippines, Laos, Malaysia, Cambodia, Singapore, Brunei, Nepal, Iran, India, Pakistan, Bangladesh, the Maldives, Sri Lanka, Afghanistan, Indonesia, East Timor, Australia, New Zealand, Fiji, Papua New Guinea, Nauru and Vanuatu

Regional Organizations: Association of South-East Asian Nations(ASEAN) and South Asian Association for Regional Cooperation(SAARC).

## European Affairs Department 1

Countries: Russian Federation, Belarus, Kazakhstan, Kyrgyzstan, Uzbekistan, Azerbaijan, Armenia, Tajikistan, Moldova, Turkmenistan, Ukraine and Georgia

## European Affairs Department 2

Countries: Germany, Italy, France, Spain, United Kingdom, Austria, Switzerland, Liechtenstein, Sweden, Norway, Finland, Denmark, Ireland, Iceland, the Netherlands, Belgium, Luxembourg, Portugal, Greece, Turkey, Cyprus, San Marino, Vatican City, Monaco, Andorra, Poland, Czech Republic, Slovakia, Hungary, Romania, Bulgaria, Croatia, Serbia, Bosnia-Herzegovina, Slovenia, Albania, Montenegro, North Macedonia, Lithuania, Latvia and Estonia

Regional Organizations: European Union headquarters including European Council, European Commission and European External Action Service

## North American Affairs Department

Countries: United States and Canada

## African, Arab and Latin American Affairs Department

Countries in African region: Senegal, Guinea-Bissau, Cabo Verde, the Gambia, Burkina Faso, Uganda, Kenya, Burundi, Rwanda, Tanzania, DR Congo, Congo, Gabon, Cameroon, Central African Republic, Guinea, Liberia, Sierra Leone, Mali, Nigeria, Ghana, Benin, Togo, Chad, Niger, Cote d 'Ivoire, South Africa, Zambia, Zimbabwe, Namibia, Mozambique, Botswana, Lesotho, Eswatini, Equatorial Guinea, Angola, Malawi, Madagascar, Mauritius, Seychelles, Comoros, Sao Tome and Principe

Countries in Arab and middle east region: Algeria, Mauritania, Ethiopia, the Sudan, South Sudan, Somalia, Djibouti, Western Sahara, Libya, Tunisia, Morocco, Syria, Lebanon, Jordan, Iraq, Egypt, Yemen, Palestine, Israel, Kuwait, Qatar, Oman, Bahrain, United Arab Emirates, Saudi Arabia, Eritrea

Countries in Latin American region: Brazil, Chile, Colombia, Argentina, Uruguay, Paraguay, Peru, Guyana, Greneda, Saint Lucia, Bahamas, Belize, Jamaica, Trinidad and Tobago, Saint Kitts and Nevis, Saint Vincent and the Grenedines, Antigua Barbuda, Dominica, Dominican Republic, Suriname, Barbados, Haiti, Mexico, Nicaragua, El Salvador, Guatemala, Costa Rica, Honduras, Panama, Ecuador, Bolivia, Cuba, Venezuela, Puerto Rico

# Other Departments

## Department of Press and Information

Department of Press and Information is responsible for public information and the work with the press.

## Department of Consular, Treaties and Legal Affairs

The Department of Consular, Treaties and Legal Affairs is responsible for consular affairs, bilateral and multilateral treaties in the fields of politics, the economy and culture, international legal relations and the work related to national boundaries.

## Protocol Department

Protocol Department is responsible for diplomatic protocol of the state.

## Department of International Organizations

Department of International Organizations is responsible for affairs with the United Nations and the bodies and agencies under its system which the DPRK has joined as a state or government member and with other inter-governmental organizations.

## Department of Economic Cooperation

Department of Economic Cooperation is responsible for external economic affairs.

# Institutes under the Ministry of Foreign Affairs

## Institute for Disarmament and Peace(IDP)

The Institute for Disarmament and Peace, as a policy research institute under the Ministry of Foreign Affairs, seeks ways for achieving disarmament and peace on the Korean Peninsula, strengthening peace and security in the Asia-Pacific region and the rest of the world and preventing war.

The Institute for Disarmament and Peace performs the following functions:

- studies ways for achieving disarmament, peace and security on the Korean Peninsula and on regional and worldwide basis, and makes policy recommendations in this regard

- organizes and conducts academic exchanges on an international scale

- as a member of the "Council for Security Cooperation in the Asia-Pacific Region", focuses on promoting the process of peace and disarmament in Asia

- exchanges experiences and information on disarmament, peace and security affairs with its foreign counterparts

The Institute for Disarmament and Peace consists of the Disarmament Division, the Peace and Security Division, the Reunification Division and the External Affairs Division.

Address: Institute for Disarmament and Peace, Ministry of Foreign Affairs, Jungsong-Dong, Central District, Pyongyang, Democratic People's Republic of Korea

P.O. Box 87

Fax: +850-2-381-4617

E-mail: kassg@co.chesin.com (mailto:kassg@co.chesin.com)

## Institute for American Studies(IFAS)

The Institute for American Studies, as a research and advisory agency under the Ministry of Foreign Affairs, undertakes research into the nature and background of, and ways to remove the US threats leveled against the DPRK and conducts in-depth study into the nuclear issue and the DPRK-US relationship from the perspective of ensuring national security.

The Institute for American Studies performs the following functions:

- conducts research on the DPRK-US relations and the state of affairs in the US with the aim of assisting the Ministry of Foreign Affairs in implementing policy on the United States

- conducts wide-ranging exchanges vis-à-vis policy research institutes and experts in the United States, Europe and the rest of the world

The Institute for American Studies consists of the Department of the DPRK-US Relations, the Department of US Affairs and the Directorate of Foreign Exchange.

Address: Institute for American Studies, Ministry of Foreign Affairs, Jungsong-Dong, Central District, Pyongyang, Democratic People's Republic of Korea

Fax: +850-2-4530

## Institute for Studies of Japan

The Institute for Studies of Japan under the Ministry of Foreign Affairs conducts research into inclusive topics related to Japan and releases its view on them.

The Institute for Studies of Japan performs the following functions:

- conducts research on historical, territorial and other pending issues with Japan as well as studies on different aspects of Japan including politics, economy, military, diplomacy and culture

- releases results of the research and views on the topics through domestic and foreign publications

- undertakes contact and exchange with institutes, scholars and journalists of Japan

The Institute for Studies of Japan consists of an Advisor, a Director, a Senior Analyst and analysts and involves officials of the Ministry of Foreign Affairs and scholars, journalists and editors of social science, mass media and other relevant areas.

Address: Institute for Studies of Japan, Ministry of Foreign Affairs, Jungsong-Dong, Central District, Pyongyang, Democratic People's Republic of Korea

E-mail: kjia@star-co.net.kp (mailto:kjia@star-co.net.kp)

# Civil Organizations Sponsored by the Ministry of Foreign Affairs

## Korea-China Association for Civil Exchange Promotion(KOCHACEP)

The mission of KOCHACEP is to expand contacts and relations with NGOs, organs and businesses in China, promote exchange and collaboration in political, economic, cultural and other fields and realize and increase external economic transactions by way of, inter alia, trade, finance and investment, and cooperation through development, etc.

Principal organs of the Association are Assembly, Executive Council and Secretariat.

The Assembly, as the highest governing body of the Association, meets once every three years. The Assembly works out an orientation of activities of the Association and elects President, Vice President, Secretary General and Executive Directors.

The Executive Council meets annually to review the yearly activities of the Association and to project the tasks to be carried out by the Association.

The Secretariat is responsible for day-to-day administration of the Association. It consists of Economic Cooperation Promotion Department, Cultural Cooperation Promotion Department and so on.

The Secretariat is located in Pyongyang and has branches in each Province. A wide variety of economic organs, cultural organs and academic entities across the country participate in the work of KOCHACEP.

## Korea-Canada Cooperation Association(KCCA)

KCCA undertakes interchange and cooperation with the governmental and non-governmental organizations in Canada.

It consists of Executive Director, Chief Manager, Program Director and Coordinators.

## Korea-Japan Interchange Association(KJIA)

The mission of KJIA is to promote interchange and mutual visits between governments, relevant civil organs, and parliamentarians of the Democratic People's Republic of Korea(DPRK) and Japan.

The Association consists of President, Vice President, Adviser, Secretary General and Researcher, and involves about 20 officials working concurrently at the Ministry of Foreign Affairs and other organs concerned.

## Association for the Promotion of International Economic and Technological Exchange(APIETE)

The mission of APIETE is to expand and strengthen contacts with the global sci-tech and economic circles, share the latest sci-tech information as well as experiences and achievements by organizing and participating in seminars, workshops, field visits, trainings and exhibitions, and promote economic and technological exchange and various kinds of economic cooperation.

Principal organs of APIETE are Assembly, Executive Council and Secretariat.

The Assembly, as the highest governing body of the Association, meets once every three years, and it maps out the orientation of activities of the Association and elects President, Vice President,

Secretary General and Executive Directors.

The Executive Council meets annually to review the yearly activities of the Association and to project tasks to be carried out by the Association.

The Secretariat is responsible for day-to-day administration of the Association. It consists of Sci-Tech Exchange Section, Economic Cooperation Promotion Section, Economic Relations and New Technology Dissemination & Research Section, Data Processing Section, etc.

## Korea-Europe Association(KEA)

The mission of KEA is to realize interchange and cooperation with the European policy study institutes and civil organs in the domain of media, education, culture, art, sports, etc., promote exchange of views on major international issues including situations of Europe and Northeast Asia, and provide advisory service for making policies in the areas concerned.

The Association involves sitting and former officials from various fields, and it is composed of the sections of respective relevant fields.

## Korea-Asia Association(KAA)

The primary mission of KAA is for promoting political, economic and cultural cooperation and interchange with the peoples of Asian countries, thus contributing to safeguarding peace and stability in the Korean peninsula and the Asia as a whole.

The Association involves about 30 officials, including former and sitting diplomats, personnel from policy study institutes and other experts concerned.

## Korea-Russia Association for Promotion of Exchange and Cooperation(KORUA)

The Association undertakes exchange, mutual visits and cooperation with NGOs, entities, businesses, the media, policy institutes, science research institutes, etc. of the Russian Federation and promotes the latters' connection and collaboration with the relevant bodies of the DPRK.

The Association has president, two vice-presidents, and secretary general. The Secretariat consists of social and culture section, science and education section, and economic cooperation section, each having its chief and members.

The Association can be contacted via either the DPRK Embassy in Moscow, or the DPRK Consulate-General in Vladivostok, or the Consular Agency in Khabarovsk, the Russian Federation.

## Korea-Africa Association(KAFA)

The mission of Korea-Africa Association is to promote political, economic and cultural cooperation and exchanges with the peoples of the countries in the African region.

The Association undertakes exchanges, mutual visits and cooperation with the NGOs and the policy institutes of the countries in the African region.

The Association is composed of President, Secretary General and staff members. It also involves diplomats, people from policy institutes and other experts.

## Korea-Arab Association(KABA)

The mission of Korea-Arab Association is to promote political, economic and cultural cooperation and exchanges with the peoples of the countries in the Middle East and Arab region.

The Association undertakes exchanges, mutual visits and cooperation with the NGOs and policy institutes of the countries in the Middle East and Arab region.

The Association is composed of President, Secretary General and staff members. It also involves diplomats, people from policy institutes and other experts.

## Korea-Latin America Association(KLAA)

The mission of Korea-Latin America Association is to promote political, economic and cultural cooperation and exchanges with the peoples of the countries in the Latin American region.