UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES D-1, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA Ministry of Foreign Affairs Jungsong-Dong, Central District, Pyongyang, Democratic People's Republic of Korea,<br><br>　　　　Defendant. | CASE NO. 1:23-CV-00273 |

**AFFIDAVIT OF MARK N. BRAVIN IN SUPPORT OF SERVICE BY PUBLICATION**

I, Mark N. Bravin, affirm as follows:

　　1.　　I am an attorney duly licensed to practice law before this Court. I am a Partner in the law firm of Mitchell Silberberg & Knupp LLP at 1818 N Street NW, 7th Floor, Washington, DC 20036, and counsel of record for Plaintiffs in this case. I have personal knowledge of the following facts, unless otherwise indicated, and everything in this declaration is true to the best of my knowledge.

　　2.　　On December 14, 2023, this Court issued an order granting Plaintiffs' Motion for an Order Directing Service of Process by Alternative Means ("Motion") and instructed Plaintiffs to effect service of process on Defendant Democratic People's Republic of Korea ("North Korea") by publication and email on or before December 29, 2023. 12/14/2023 Minute Order. As explained below, Plaintiffs have complied fully and have effected service in accordance with the Court's Order.

**Service by Publication via X**.

　　3.　　On December 15, 2023, Plaintiffs served North Korea by posting a Legal Notice in English and Korean to three X accounts maintained by and affiliated with North Korea's state-run media agency, Korean Central News Agency ("KCNA"): [i] @uriminzok, [ii] @KCNA_KoreanNews, and [iii] @uriminzok_engl. Attached as **Exhibit A** is a copy of the

screen capture showing the date and time of publication to each of the three X accounts.  The first X account was used to serve North Korea by publication in *Crespo*, and Plaintiffs' counsel identified the two other X accounts through on-line research.  *See* ECF No. 22-1 (Bravin Decl. ¶¶ 19-20 & Exs. D-F).

4. The Legal Notice posted on the three X accounts is publicly available at https://x.com/justice4pueblo/status/1735782396048613874?s=46&t=b4wE1P-dAqxtEb9mX0MRtg.

5. The Legal Notice apprised North Korea of the filing of this lawsuit, and included the case caption identifying the Democratic People's Republic of Korea as the Defendant, and the Case No.  It also [i] identified Plaintiffs' counsel; [ii] described the Court's Order authorizing service on X; [iii] informed Defendant of Plaintiffs' claims for torture, assault and battery, intentional infliction of emotional distress, imprisonment and solatium; [iv] stated Defendant's obligation to file an Answer to the Complaint within 60 days following the date of service or else a judgment by default may be entered against it; and [v] provided a dedicated internet address, www.justiceforpueblo.com, that contains a list of open links to the summons, complaint, notice of suit, offer to arbitrate, and copies of the relevant sections of the FSIA, all in both English and Korean.  Attached as **Exhibit B** is a screen capture of the website showing the documents posted on the website.

### Service via Email.

6. Pursuant to this Court's Minute Order, on December 18, 2023, Plaintiffs served North Korea by publication by sending an email, via the SendThisFile ("File Transfer Protocol" or "FTP") platform used by Counsel's law firm, to two email addresses:  [i] kassg@co.chesin.com and [ii] kjia@star-co.net.kp.[1]  As explained in Plaintiffs' motion, these email addresses are listed on the website of North Korea's Ministry of Foreign Affairs, http://www.mfa.gov.kp.  *See* ECF No. 22-1 (Bravin Decl. ¶ 22 & Ex. H).  Attached as **Exhibit C** is a screen capture of the FTP page and a copy of the email that was served on  North Korea's Foreign Ministry.  The email was addressed to North Korea's Head of Ministry of Foreign Affairs in English and Korean and provided live links

---

[1] FTP is used for the transfer of files from one host computer to another over the Internet.

for downloading copies of the notice of suit, summons, complaint, offer to arbitrate, and the relevant sections of the FSIA, together with translations of each into Korean. The FTP link with service documents can also be accessed at

https://www.sendthisfile.com/YsHVDp8Zqw8kQpWVvcfVKcic. [2]

7.  Under 28 U.S.C. § 1608(d), Defendant is required to serve an answer to the Complaint within sixty (60) days of service. Service by publication was effected on North Korea on December 18, 2023, North Korea's answer to the Complaint is therefore due by February 16, 2024.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 19th day of December 2023 in Washington, D.C.

_____
Mark N. Bravin

---

[2] Links to documents sent using Counsel's law firm's FTP platform include a notice that the links expire after 14 days. To ensure Defendant has continued access to the service documents during the 60-day statutory response time, counsel for Plaintiffs will resend the same links and notice to North Korea's Foreign Ministry every 14 days until the Clerk enters a default against Defendant.

# Exhibit A



Document title: (3) Justice for Pueblo on X: &quot;@uriminzok @KCNA_KoreanNews @uriminzok_engl https://t.co/EWTSCXw6pB&quot; / X
Capture URL: https://twitter.com/justice4pueblo/status/1735782396048613874?s=20
Capture timestamp (UTC): Fri, 15 Dec 2023 22:06:16 GMT
Page 1 of 1

# Exhibit B

- Home

Justice For Pueblo

Contact

## Service Documents

| | |
|---|---|
| Legal Notice - English (pdf) | ↓ Download |
| Legal Notice - Korean (pdf) | ↓ Download |
| FSIA - English (pdf) | ↓ Download |
| FSIA - Korean (pdf) | ↓ Download |
| Notice of Suit - English (pdf) | ↓ Download |
| Notice of Suit - Korean (pdf) | ↓ Download |
| Offer to Arbitrate - English (pdf) | ↓ Download |
| Offer to Arbitrate - Korean (pdf) | ↓ Download |
| Second Amended Complaint - English (pdf) | ↓ Download |
| Second Amended Complaint - Korean (pdf) | ↓ Download |
| Summons - English (pdf) | ↓ Download |
| Summons - Korean (pdf) | ↓ Download |

Copyright © 2023 Justice For Pueblo - All Rights Reserved.

Powered by GoDaddy



Exhibit C



```
      Sender  a1g@msk.com                              (email address)      Secure transfer  ☑ 128-bit TLS
              kassg@co.chesin.com;                                          Secure storage   ☑ 256-bit AES
Recipient(s)  kjia@star-co.net.kp                                           Download notice  Every download ▼
                                                                            Delete notice    Expired but not downloaded ▼
     Subject  John and Jane Doe v. Democratic People's Republic of Korea,   Restrict to      30   download(s)
                                                                            Delete after     14 ▼ days
              This message is for the Head of Ministry of Foreign Affairs of the
              Democratic People's Republic of Korea.                        Send me a copy  ☑

     Message  Please follow the link below to download the documents for
              service.

              ----------

              Download password  [            ]

      File 1  [Choose File]  Notice of Sui… Korean).pdf
      File 2  [Choose File]  Complaint (E… Korean).pdf
      File 3  [Choose File]  Summons (E… Korean).pdf
      File 4  [Choose File]  Offer to Arbit… Korean).pdf
      File 5  [Choose File]  FSIA (Englis…d Korean).pdf

              [SendThisFile]  [Cancel]

              ■■■■■■■■■■■■■■■■■■■■■■■■■
              Estimated time left: 0 0
              File:
              Rate: 0  Elapsed:   00:00:00  Status: Not started
```

 files@sendthisfile.com   ■ Gasanbekova, Albina                                             4:29 PM

[EXTERNAL] John and Jane Doe v. Democratic People's Republic of Korea, Case No.1:23-cv-00273-TJK (Sen...



**Sender:** a1g@msk.com
**Upload Date:** 2023-12-18 15:28:47.0
**Message:** This message is for the Head of Ministry of Foreign Affairs of the Democratic People's Republic of Korea.

Please follow the link below to download the documents for service.

----------

이 메시지를 조선민주주의인민공화국 외교부 부장님 앞으로 드립니다.

아래 링크에서 송달 문서를 다운로드하시기 바랍니다.

Click the following link to download your file(s).

Click to Retrieve File(s)

Complaint (English and Korean).pdf
FSIA (English and Korean).pdf
Notice of Suit -(English and Korean).pdf
Offer to Arbitrate (English and Korean).pdf
Summons (English and Korean).pdf

If the above link is not clickable, copy and paste the following URL into your browser.

https://www.sendthisfile.com/YsHVDp8Zqw8kQpWVvcfVKcic

Note: These files will expire in 14 days from the time this email was generated.

Powered by www.msk.com

2