**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN AND JANE DOES D-1, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA Ministry of Foreign Affairs Jungsong-Dong, Central District, Pyongyang, Democratic People's Republic of Korea,<br><br>　　　　　Defendant. | CASE NO. 1:23-CV-00273-TJK |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL *EX PARTE* MOTION TO SUBSTITUTE ESTATE OF JOHN DOE J-4 FOR DECEASED PLAINTIFF JOHN DOE J-4 AND TO FILE UNDER SEAL OTHER *EX PARTE* SUBMISSIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION**

**THIS MATTER** having come before the Court on Plaintiffs' Motion for Leave to File Under Seal *Ex Parte* Motion to Substitute the Estate of John Doe J-4 for Deceased Plaintiff John Doe J-4, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' Motion for Leave to File Under Seal *Ex Parte* Motion to Substitute the Estate of John Doe J-4 for Deceased Plaintiff of John Doe J-4 is **GRANTED**, and it is further

**ORDERED** that Plaintiffs' Motion for Leave to File Under Seal Other *Ex Parte* Submissions Containing Personally Identifiable Information is **GRANTED**, and it is further

**ORDERED** that Plaintiffs may file their other *Ex Parte* submissions containing personally identifiable information under seal, and it is further

**ORDERED** that Plaintiffs' *Ex Parte* Motion to Substitute the Estate of John Doe J-4 for Deceased Plaintiff of John Doe J-4, including supporting material, and other *Ex Parte* submissions containing personally identifiable information shall be kept under seal until further notice by the Court.

**IT IS SO ORDERED** on this 3rd day of April, 2024.

TIMOTHY J. KELLY
United States District Judge