UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN AND JANE DOES D-1, *et al.*,

    Plaintiffs,

v.

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA Ministry of Foreign Affairs Jungsong-Dong, Central District, Pyongyang, Democratic People's Republic of Korea,

    Defendant.

CASE NO. 1:23-CV-00273-TJK

## ORDER

**THIS MATTER** having come before the Court on Plaintiffs' Motion for Leave to Redact Plaintiffs' Motion for Default Judgment, and for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. It is further

**ORDERED** that Plaintiffs may redact portions of their Motion for Default Judgment to protect the identities of Plaintiffs and their families and their highly personal and sensitive information related to their physical and psychological trauma. It is further

**ORDERED** that the un-redacted version of Plaintiffs' Motion for Default Judgment, Plaintiffs' sworn declarations and accompanying exhibits, and other supporting material shall be kept under seal from the public and Defendant. It is further

**ORDERED** that Plaintiffs are directed to file on the public docket the redacted version of Plaintiffs' Motion for Default Judgment (ECF 40) and supporting Exhibits 5-32 (ECF 41, 41-14 through 41-16) that do not contain personally identifiable information.

**IT IS SO ORDERED** on this __19th__ day of __March__, 2025.

_____
TIMOTHY J. KELLY
United States District Judge