# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN AND JANE DOES, <br><br>        Plaintiffs, <br><br>    v. <br><br> DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, <br><br>        Defendant. | Civil Action No. 23-273 (TJK) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Renewed Motion for Default Judgment, ECF No. 65, is **GRANTED**. It is further **ORDERED** that judgment is entered in favor of Plaintiffs. It is further **ORDERED** that each Plaintiff is entitled to the compensatory damages set forth below in Appendix A.

This is a final, appealable order. The Clerk of Court is directed to close the case.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 28, 2026

## Appendix A

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
|---|---|---|---|---|---|---|
| | | | Confinement | Post-Release | Solatium | |
| | | | | | | |
| ■■■ | Crew | D-1 | $3,350,000 | $11,200,000 | | $14,550,000 |
| ■■■ | Crew | F-1 | $3,350,000 | $13,200,000 | | $16,550,000 |
| ■■■ | Crew | R-1 | $3,350,000 | $13,200,000 | | $16,550,000 |
| | | | | | | |
| ■■■ | Sister | E-1 | | | $1,250,000 | $1,250,000 |
| ■■■ | Spouse | E-2 | | | $4,000,000 | $4,000,000 |
| ■■■ | Daughter | E-3 | | | $2,500,000 | $2,500,000 |
| ■■■ | Brother | E-4 | | | $1,250,000 | $1,250,000 |
| ■■■ | Sister | E-5 | | | $1,250,000 | $1,250,000 |
| ■■■ | Sister | E-6 | | | $1,250,000 | $1,250,000 |
| ■■■ | Brother | E-7 | | | $1,250,000 | $1,250,000 |
| ■■■ | Brother | E-8 | | | $1,250,000 | $1,250,000 |
| ■■■ | Sister | E-9 | | | $1,250,000 | $1,250,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Confinement | Post-Release | Solatium | |
| ■ | Sister | E-10 | | | $1,250,000 | $1,250,000 |
| ■ | Sister | E-11 | | | $1,250,000 | $1,250,000 |
| ■ | Sister | E-12 | | | $1,250,000 | $1,250,000 |
| ■ | Sister | E-13 | | | $1,250,000 | $1,250,000 |
| ■ | Son | E-14 | | | $2,500,000 | $2,500,000 |
| ■ | | | | | | |
| ■ | Spouse | G-1 | | | $4,000,000 | $4,000,000 |
| ■ | Daughter | G-2 | | | $2,500,000 | $2,500,000 |
| ■ | Mother | G-3 | | | $2,500,000 | $2,500,000 |
| ■ | Son | G-4 | | | $2,500,000 | $2,500,000 |
| ■ | | | | | | |
| ■ | Father | H-1 | | | $2,500,000 | $2,500,000 |
| ■ | Mother | H-2 | | | $2,500,000 | $2,500,000 |
| ■ | Spouse | H-3 | | | $4,000,000 | $4,000,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Confinement | Post-Release | Solatium | |
| ▮▮▮ | | | ▮▮▮ | | | |
| ▮▮▮ | Brother | GG-1 | | | $1,250,000 | $1,250,000 |
| ▮▮▮ | Father | GG-2 | | | $2,500,000 | $2,500,000 |
| ▮▮▮ | | | | | | |
| ▮▮▮ | Crew | I-1 | $3,350,000 | $8,000,000 | | $11,350,000 |
| ▮▮▮ | Father | I-2 | | | $2,500,000 | $2,500,000 |
| ▮▮▮ | Mother | I-3 | | | $2,500,000 | $2,500,000 |
| ▮▮▮ | Brother | I-4 | | | $1,250,000 | $1,250,000 |
| ▮▮▮ | Brother | I-5 | | | $1,250,000 | $1,250,000 |
| ▮▮▮ | Sister | I-6 | | | $1,250,000 | $1,250,000 |
| ▮▮▮ | Sister | I-7 | | | $1,250,000 | $1,250,000 |
| ▮▮▮ | Brother | I-8 | | | $1,250,000 | $1,250,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
|---|---|---|---|---|---|---|
| | | | Confinement | Post-Release | Solatium | |
| ███ | Brother | I-9 | | | $1,250,000 | $1,250,000 |
| ███████ | | | | | | |
| ███ | Brother | J-1 | | | $1,250,000 | $1,250,000 |
| ███ | Brother | J-2 | | | $1,250,000 | $1,250,000 |
| ███ | Brother | J-3 | | | $1,250,000 | $1,250,000 |
| ███ | Brother | J-4 | | | $1,250,000 | $1,250,000 |
| ███ | Brother | J-5 | | | $1,250,000 | $1,250,000 |
| ███ | Sister | J-6 | | | $1,250,000 | $1,250,000 |
| ███████ | | | | | | |
| ███ | Crew | K-1 | $3,350,000 | $12,800,000 | | $16,150,000 |
| ███ | Father | K-2 | | | $2,500,000 | $2,500,000 |
| ███ | Mother | K-3 | | | $2,500,000 | $2,500,000 |
| ███ | Brother | K-4 | | | $1,250,000 | $1,250,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
|---|---|---|---|---|---|---|
| | | | Confinement | Post-Release | Solatium | |
| ■■ | Sister | K-5 | | | $1,250,000 | $1,250,000 |
| ■■ | Sister | K-6 | | | $1,250,000 | $1,250,000 |
| ■■ | Brother | K-7 | | | $1,250,000 | $1,250,000 |
| ■■ | Brother | K-8 | | | $1,250,000 | $1,250,000 |
| ■■■ | | | | | | |
| ■■ | Brother | L-1 | | | $1,250,000 | $1,250,000 |
| ■■ | Brother | L-2 | | | $1,250,000 | $1,250,000 |
| ■■■ | | | | | | |
| ■■ | Daughter | M-1 | | | $2,500,000 | $2,500,000 |
| ■■ | Spouse | M-2 | | | $4,000,000 | $4,000,000 |
| ■■■ | | | | | | |
| ■■ | Crew | N-1 | $3,350,000 | $8,400,000 | | $11,750,000 |
| ■■ | Father | N-2 | | | $2,500,000 | $2,500,000 |
| ■■ | Mother | N-3 | | | $2,500,000 | $2,500,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
|---|---|---|---|---|---|---|
| | | | Confinement | Post-Release | Solatium | |
| | | | | | | |
| ██ | Brother | O-1 | | | $1,250,000 | $1,250,000 |
| | | | | | | |
| ██ | Spouse | P-1 | | | $4,000,000 | $4,000,000 |
| ██ | Son | P-2 | | | $2,500,000 | $2,500,000 |
| ██ | Son | P-3 | | | $2,500,000 | $2,500,000 |
| ██ | Son | P-4 | | | $2,500,000 | $2,500,000 |
| | | | | | | |
| ██ | Crew | Q-1 | $3,350,000 | $8,600,000 | | $11,950,000 |
| ██ | Mother | Q-2 | | | $2,500,000 | $2,500,000 |
| ██ | Brother | Q-3 | | | $1,250,000 | $1,250,000 |
| | | | | | | |
| ██ | Brother | S-1 | | | $1,250,000 | $1,250,000 |
| ██ | Father | S-2 | | | $2,500,000 | $2,500,000 |
| ██ | Mother | S-3 | | | $2,500,000 | $2,500,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
|---|---|---|---|---|---|---|
| | | | Confinement | Post-Release | Solatium | |
| █████ | | | | | | |
| █████ | Crew | T-1 | $3,350,000 | $5,800,000 | | $9,150,000 |
| █████ | Father | T-2 | | | $2,500,000 | $2,500,000 |
| █████ | Mother | T-3 | | | $2,500,000 | $2,500,000 |
| █████ | Brother | T-4 | | | $1,250,000 | $1,250,000 |
| █████ | Daughter | T-5 | | | $2,500,000 | $2,500,000 |
| █████ | | | | | | |
| █████ | Crew | U-1 | $3,350,000 | $8,200,000 | | $11,550,000 |
| █████ | Spouse | U-2 | | | $4,000,000 | $4,000,000 |
| █████ | Daughter | U-3 | | | $2,500,000 | $2,500,000 |
| █████ | | | | | | |
| █████ | Crew | V-1 | $3,350,000 | $6,800,000 | | $10,150,000 |
| █████ | Spouse | V-2 | | | $4,000,000 | $4,000,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
|---|---|---|---|---|---|---|
| | | | Confinement | Post-Release | Solatium | |
| ███ | Son | V-3 | | | $2,500,000 | $2,500,000 |
| ███ | Daughter | V-4 | | | $2,500,000 | $2,500,000 |
| ███ | Son | V-5 | | | $2,500,000 | $2,500,000 |
| ███ | | | | | | |
| ███ | Sister | W-1 | | | $1,250,000 | $1,250,000 |
| ███ | Mother | W-2 | | | $2,500,000 | $2,500,000 |
| ███ | Father | W-3 | | | $2,500,000 | $2,500,000 |
| ███ | Brother | W-4 | | | $1,250,000 | $1,250,000 |
| ███ | | | | | | |
| ███ | Sister | X-1 | | | $1,250,000 | $1,250,000 |
| ███ | | | | | | |
| ███ | Mother | Y-1 | | | $2,500,000 | $2,500,000 |
| ███ | Father | Y-2 | | | $2,500,000 | $2,500,000 |
| ███ | | | | | | |
| ███ | Crew | Z-1 | $3,350,000 | $10,000,000 | | $13,350,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
|---|---|---|---|---|---|---|
| | | | Confinement | Post-Release | Solatium | |
| ▮ | Sister | Z-2 | | | $1,250,000 | $1,250,000 |
| ▮ | Father | Z-3 | | | $2,500,000 | $2,500,000 |
| ▮ | Mother | Z-4 | | | $2,500,000 | $2,500,000 |
| ▮ | Crew | BB-1 | $3,350,000 | $9,400,000 | | $12,750,000 |
| ▮ | Mother | BB-2 | | | $2,500,000 | $2,500,000 |
| ▮ | Crew | AA-1 | $3,350,000 | $13,500,000 | | $16,850,000 |
| ▮ | Father | AA-2 | | | $2,500,000 | $2,500,000 |
| ▮ | Mother | AA-3 | | | $2,500,000 | $2,500,000 |
| ▮ | Sister | AA-4 | | | $1,250,000 | $1,250,000 |
| ▮ | Brother | AA-5 | | | $1,250,000 | $1,250,000 |
| ▮ | Brother | AA-6 | | | $1,250,000 | $1,250,000 |
| ▮ | Sister | AA-7 | | | $1,250,000 | $1,250,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Confinement | Post-Release | Solatium | |
| | | | | | | |
| ███ | Crew | CC-1 | $3,350,000 | $6,800,000 | | $10,150,000 |
| ███ | Spouse | CC-2 | | | $4,000,000 | $4,000,000 |
| ███ | Mother | CC-3 | | | $2,500,000 | $2,500,000 |
| ███ | Father | CC-4 | | | $2,500,000 | $2,500,000 |
| ███ | Son | CC-5 | | | $2,500,000 | $2,500,000 |
| ███ | Sister | CC-6 | | | $1,250,000 | $1,250,000 |
| | | | | | | |
| ███ | Brother | DD-1 | | | $1,250,000 | $1,250,000 |
| | | | | | | |
| ███ | Mother | EE-1 | | | $2,500,000 | $2,500,000 |
| ███ | Brother | EE-2 | | | $1,250,000 | $1,250,000 |
| | | | | | | |
| ███ | Daughter | HH-1 | | | $2,500,000 | $2,500,000 |
| | | | | | | |
| ███ | Crew | FF-1 | $3,350,000 | $11,400,000 | | $14,750,000 |

| Plaintiff Name | Crew Member Relationship | Pl. No. | Crewmembers | | Family Members | Total Compensatory Damages |
|---|---|---|---|---|---|---|
| | | | Confinement | Post-Release | Solatium | |
| ███ | Father | FF-2 | | | $2,500,000 | $2,500,000 |
| ███ | Mother | FF-3 | | | $2,500,000 | $2,500,000 |
| ███ | Sister | FF-4 | | | $1,250,000 | $1,250,000 |
| ███ | Brother | FF-5 | | | $1,250,000 | $1,250,000 |
| ███ | Sister | FF-6 | | | $1,250,000 | $1,250,000 |
| ███ | Sister | FF-7 | | | $1,250,000 | $1,250,000 |
| ███ | Sister | FF-8 | | | $1,250,000 | $1,250,000 |
| ███ | Sister | FF-9 | | | $1,250,000 | $1,250,000 |
| TOTAL | | | $50,250,000 | $147,300,000 | $207,000,000 | $404,550,000 |