CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOHN AND JANE DOES D-1, et al.,

_____
                    Plaintiff(s)

vs.                                                    Civil Action No.: 1:23-CV-00273-TJ

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA

_____
                    Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment        (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Democratic People's Republic of Korea
Head of Ministry of Foreign Affairs
c/o:  Permanent Mission of
Democratic People's Republic of Korea to the United Nations
820 Second Ave, 13th Floor, New York, NY 10017

by: (check one)           ☐        certified or registered mail, return receipt requested
                          ☐        DHL
                          ☑        Fed Ex
pursuant to the provisions of: (check one)
                          ☐        FRCP 4(f)(2)(C)(ii)
                          ☐        28 U.S.C. § 1608(a)(3)
                          ☐        28 U.S.C. § 1608(b)(3)(B)
                          ☑        28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
 The United States of America                                          , and that I obtained this information
by contacting the Overseas Citizens Services, U.S. Department of State.

_____/s/ Mark N. Bravin_____
                    (Signature)

Mark N. Bravin (DC Bar No. 249433)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street NW, 7th Floor
Washington DC, 20036

                    (Name and Address)